UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROYLAN SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KEENER, et al.,<br><br>        Defendants. | Case No. 22-cv-03545-JSW<br><br>**ORDER GRANTING IN PART EXTENSION OF TIME; DIRECTING DEFENDANTS TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 27, 28 |

Good cause appearing, Plaintiff's request for an extension of time to oppose any summary judgment is GRANTED IN PART. (ECF Nos. 27, 28.) His opposition is due within 60 days of the date Defendants file any summary judgment motion. Defendants **shall** file a reply brief within 14 days of the date any opposition is filed.

Defendants shall, on or before **April 23, 2024,** SHOW CAUSE why Plaintiff's motion to quash their subpoena (ECF No. 28) should not be granted.

**IT IS SO ORDERED.**

Dated: April 11, 2024

*/s/ Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge